IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| LLOYD T. LEWIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:24CV389 |
| | ) | |
| MD JANE SURBHI, | ) | |
| | ) | |
| Defendant(s). | ) | |

## ORDER

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and, on May 28, 2024, was served on the parties in this action. (ECF Nos. 7, 8.) Plaintiff filed objections to the Magistrate Judge's Recommendation. (*See* ECF No. 9.)

The Court has appropriately reviewed the Magistrate Judge's Recommendations and has made a *de novo* determination in accord with the Magistrate Judge's Recommendations. The Court therefore adopts the Magistrate Judge's Recommendations.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED** pursuant to 28 U.S.C. § 1915A for failing to state a claim upon which relief may be granted.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This, the 25th day of June 2024.

/s/ Loretta C. Biggs
United States District Judge